1  STEVE M. DEFILIPPIS, SBN117292
   FlipsSMD@Yahoo.com
2  ANDREW VELAZQUEZ, SBN 278047
   Avelazquez@pdaplc.com
3  PICONE & DEFILIPPIS, A P.L.C.
   625 N. First St.
4  San Jose, CA 95112
   P: (408) 292-0441
5  F: (408) 287-6550

6  Attorneys for Plaintiff
7  SAMMY CUEVAS

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| SAMMY CUEVAS,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>CAMPBELL PEACE OFFICER ASSOCIATIONS' PORAC LDF PLAN, PEACE OFFICERS RESEARCH ASSOCIATION OF CALIFORNIA LEGAL DEFENSE FUND, and DOES 1-10.<br><br>　　　Defendants. | CASE NO. C 14-02540 BLF<br><br>*STIPULATION AND [PROPOSED] ORDER TO STAY CASE*<br><br>Location:　Courtroom 3<br>Judge:　　Hon. Beth Labson Freeman |

### STIPULATION

In furtherance of judicial economy and to avoid potentially unnecessary expense, the undersigned counsel for and on behalf of Plaintiff SAMMY CUEVAS ("Plaintiff") and Defendant PEACE OFFICERS RESEARCH ASSOCIATION OF CALIFORNIA LEGAL DEFENSE FUND ("PORAC LDF" or the "Fund") (collectively, the "parties") wish to stay all proceedings in this case ("Civil Action") pending Plaintiff's completion of the Fund's administrative claims procedures. Accordingly, Plaintiff and PORAC LDF by and through their respective counsel hereby STIPULATE and AGREE as follows:

WHEREAS Plaintiff filed his initial Complaint in this action with the Santa Clara County Superior Court on May 10, 2012, and subsequently filed a First Amended Complaint on June 8, 2012;

WHEREAS Plaintiff filed a Second Amended Complaint on April 8, 2014, which was served on the PORAC LDF on May 10, 2014;

WHEREAS PORAC LDF removed the Civil Action to this Court under federal question jurisdiction;

WHEREAS PORAC LDF filed a Motion to Dismiss Plaintiff's Second Amended Complaint on June 10, 2014, which argued that Plaintiff failed to exhaust his administrative remedies under the LDF's internal claims and appeals procedure;

WHEREAS Plaintiff's Opposition to the Motion to Dismiss Plaintiff's Second Amended Complaint was due on or about June 24, 2014;

WHEREAS PORAC LDF filed a Response in support of their Motion to Dismiss Plaintiff's Second Amended Complaint on July 1, 2014;

WHEREAS Plaintiff filed a Motion to Set Aside Default on July 2, 2014;

WHEREAS the parties have discussed and agree that Plaintiff will return to the administrative process to seek a final determination of his claim under the Fund;

WHEREAS the parties request a stay of all the proceedings in this matter at the present time, including hearings, briefings, appearances, and any other deadlines imposed by law or the Court, pending the Fund's final determination of Plaintiff's administrative claim;

WHEREAS the parties further stipulate and agree that they will withdraw their respective pending motions should the Court grant the stay;

WHEREAS the parties further stipulate and agree that the stay requested herein is not requested for the purpose of delay and will not result in any prejudice to the parties or the Court:

**IT IS THEREFORE STIPULATED AND AGREED** by Plaintiff and PORAC LDF, by and thorough their respective counsel, that the Court is respectfully requested to order that:

1. This action is hereby stayed pending the Fund's final determination of the Plaintiff's claim through the Fund's administrative claims process; all existing case deadlines, including the deadline (1) to meet and confer regarding initial disclosures (9/30/14), (2) to file the ADR Certification (9/30/14), (3) to file a Stipulation to ADR Process (9/30/14), (4) to complete Initial Disclosures, (5) to file a Rule 26(f) report (10/30/14), and (5) for the Case Management Conference (11/6/14), are taken off calendar;

2. PORAC LDF's MOTION to Dismiss the Second Amended Complaint (Docket Item No. 9) is WITHDRAWN WITHOUT PREJUDICE;

3. Plaintiff's Motion to Set Aside Default (Docket Item No. 11) is WITHDRAWN AS MOOT;

4. Due to what may be a period of extended inactivity while the administrative claims process is completed, the clerk of the court shall administratively close the file; and

5. The Plaintiff shall provide notice to the Court within one week at the conclusion of the administrative claims process. In that notice, the Plaintiff shall state whether or not this matter should be reopened and a whether a case management conference should be scheduled.

| | |
|---|---|
| 1 | **IT IS SO STIPULATED.** |

Dated: July 24, 2014                                      PICONE & DEFILIPPIS, A P.L.C.


BY: /s/ Steve M. Defilippis
    Steve M. Defilippis
    Andrew Velazquez
    Attorneys for Plaintiff
    SAMMY CUEVAS


Dated: July 24, 2014                                      TRUCKER ♦ HUSS


BY: /s/ Clarissa A. Kang
    R. Bradford Huss
    Clarissa A. Kang
    Michelle S. Lewis
    Attorneys for Defendants
    PEACE OFFICERS RESEARCH
    ASSOCIATION OF CALIFORNIA
    LEGAL DEFENSE FUND


**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: [signature date illegible]

/s/ Beth Labson Freeman
HON. BETH LABSON FREEMAN
United States District Judge