# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

SAMMY CUEVAS,

    Plaintiff,

v.

PEACE OFFICER RESEARCH ASSOCIATION OF CALIFORNIA LEGAL DEFENSE FUND, et al.,

    Defendants.

Case No. 14-cv-02540-BLF

**ORDER LIFTING STAY AND SETTING CASE MANAGEMENT CONFERENCE**

On July 24, 2014, the Court approved the parties' stipulated request to stay this ERISA case pending Plaintiffs' exhaustion of administrative remedies. *See* Stipulation and Order to Stay Case, ECF 16. At the parties' request, the Court closed the case during the pendency of those administrative proceedings. *See id.*

On July 31, 2015, Plaintiff filed a notification that the administrative proceedings have been completed along with a request that the stay be lifted and that a case management conference be set.

Accordingly, the Clerk is directed to lift the stay and reopen this case. A case management conference is set for August 13, 2015 at 1:30 p.m. The parties shall file a joint statement in conformance with this Court's standing orders on or before August 10, 2015.

**IT IS SO ORDERED.**

Dated: 8/3/2015

_____
BETH LABSON FREEMAN
United States District Judge