1 | Teresa S. Renaker – CA State Bar No. 187800
  | Margaret E. Hasselman – CA State Bar No. 228529
2 | RENAKER HASSELMAN LLP
  | 235 Montgomery Street, Suite 944
3 | San Francisco, CA 94104
  | Telephone: (415) 653-1733
4 | teresa@renakerhasselman.com

Attorneys for Defendant Peace Officers Research Association of California Legal Defense Fund

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

SAMMY CUEVAS,

    Plaintiff,

vs.

CAMPBELL PEACE OFFICER ASSOCIATIONS' PORAC LDF PLAN, PEACE OFFICERS RESEARCH ASSOCIATION OF CALIFORNIA LEGAL DEFENSE FUND, and DOES 1-10,

    Defendants.

Case No. 5:14-cv-02540-BLF

**SUBSTITUTION OF COUNSEL; [PROPOSED] ORDER THEREON**

[Civil L.R. 11-5(a)]

The law firm of Renaker Hasselman LLP hereby substitutes for Trucker Huss, APC, as counsel for Defendant Peace Officers Research Association of California Legal Defense Fund in this action. Contact information for newly appointed counsel is as follows:

    Teresa S. Renaker
    Margaret E. Hasselman
    RENAKER HASSELMAN LLP
    235 Montgomery Street, Suite 944
    San Francisco, CA 94104
    Telephone: (415) 653-1733
    teresa@renakerhasselman.com
    margo@renakerhasselman.com

//

//

SUBSTITUTION OF ATTORNEY
Case No. 5:14-cv-02540-BLF

| | |
|---|---|
| Dated: April 21, 2015 | Respectfully submitted, |
| | RENAKER HASSELMAN LLP |
| | By: /s/ Teresa S. Renaker |
| | Teresa S. Renaker |
| | Counsel for Defendants |

I consent to the above substitution.

Dated: 4/22/15

*(signature)* Rebecca L. Mann for
Edward Fishman, Legal Administrator
*On behalf of Defendant* Peace Officers Research Association of California Legal Defense Fund

Attorney ceasing to act:

Dated: April 21, 2015

TRUCKER HUSS, APC

By: /s/ Clarissa A. Kang
Clarissa A. Kang

## ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: April 22, 2015

/s/ Teresa S. Renaker
Teresa S. Renaker

## ~~[PROPOSED]~~ ORDER

Substitution of counsel is granted.

IT IS SO ORDERED.

Dated: _____

*(signature)*
HON. BETH LABSON FREEMAN
United States District Judge

SUBSTITUTION OF ATTORNEY
Case No. 5:14-cv-02540-BLF