UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SAMMY CUEVAS,<br><br>    Plaintiff,<br><br>  v.<br><br>PEACE OFFICER RESEARCH ASSOCIATION OF CALIFORNIA LEGAL DEFENSE FUND, et al.,<br><br>    Defendants. | Case No.  14-cv-02540-BLF<br><br>**CASE MANAGEMENT ORDER** |

On 08/13/2015, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Further Case Management Conference | n/a |
| Last Day to Amend Pleadings or Add Parties | n/a |
| Last Day to Disclose Experts | n/a |
| Fact Discovery Cut-Off | n/a |
| Expert Discovery Cut-Off | n/a |
| Last Day to Hear Dispositive Motions | n/a |
| Final Pretrial Conference | n/a |
| Hearing on Dispositive Motions/Bench Trial | 02/12/2016 at 9:00 am |

1    IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery
2 are referred to the assigned Magistrate Judge.
3    IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing
4 orders, which are available on the Court's website and in the Clerk's Office.

6 Dated: 08/13/2015

_____
BETH LABSON FREEMAN
United States District Judge