Teresa S. Renaker, Cal. Bar No. 187800
Margaret E. Hasselman, Cal. Bar No. 228529
RENAKER HASSELMAN LLP
235 Montgomery St., Suite 944
San Francisco, CA 94104
Telephone: (415) 653-1733
Facsimile: (415) 727-5079
teresa@renakerhasselman.com
margo@renakerhasselman.com
*Attorneys for Peace Officers Research Association of California Legal Defense Fund*

Steve M. Defilippis, SBN 117292
FlipsSMD@Yahoo.com
Nicole A. Alvarado, SBN 262884
Nalvarado@pdaplc.com
PICONE & DEFILIPPIS, A P.L.C.
625 N. First St.
San Jose, CA 95112
Telephone: (408) 292-0441
Facsimile: (408) 287-6550

*Attorneys for Plaintiff Sammy Cuevas*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SAMMY CUEVAS,<br><br>Plaintiff,<br><br>vs.<br><br>CAMPBELL PEACE OFFICER ASSOCIATIONS' PORAC LDF PLAN, PEACE OFFICERS RESEARCH ASSOCIATION OF CALIFORNIA LEGAL DEFENSE FUND, and DOES 1-10,<br>Defendants. | CASE NO. 5:14-CV-02540-BLF<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER CONTINUING DATE OF HEARING ON DISPOSITIVE MOTIONS/BENCH TRIAL** |

WHEREAS, the Court set a Hearing on Dispositive Motions/Bench Trial in this matter for February 12, 2016, at 9:00 a.m. (*see* Docket No. 23 at 1);

WHEREAS, Plaintiff has filed a dispositive motion for summary judgment pursuant to Fed. R. Civ. P. 56 (Docket No. 25), and Defendant has filed a dispositive motion for judgment pursuant to Fed. R. Civ. P. 52 (Docket No. 28), both noticed for February 12, 2016;

WHEREAS, a scheduling conflict has arisen for February 12, 2016, for counsel for Defendant;

WHEREAS, counsel for Plaintiff does not object to a short continuance of the hearing date on the cross-motions;

WHEREAS, the parties anticipate that the dispositive cross-motions can be resolved on the papers and oral argument without the necessity of testimony or other activity differentiating this hearing from any other dispositive motion hearing;

NOW, THEREFORE, the Parties request that the Court continue the hearing on their motions to the Court's next available date.

SO STIPULATED.

Dated: January 14, 2016

RENAKER HASSELMAN LLP

By: ______________________

Margaret E. Hasselman

*Attorneys for Defendant*

Dated: January 14, 2016

PICONE & DEFILIPPIS, A P.L.C.

By: /s/ Nicole A. Alvarado

Nicole A. Alvarado

*Attorneys for Plaintiff*

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Margaret E. Hasselman

**~~[PROPOSED]~~ ORDER**

Pursuant to stipulation, and good cause appearing, the hearing on Plaintiff's Motion for Summary Judgment and on Defendant's Motion for Judgment Pursuant to Fed. R. Civ. P. 52 is continued to February 18, 2016 at 2:00 p.m.

Dated: January 14, 2016

BETH LABSON-FREEMAN
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28